UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>v.<br><br>CARTER FAMILY REAL ESTATE LLC, et al.,<br><br>    Defendants. | Case No. 21-cv-02656-RMI<br><br>**ORDER REQUIRING PARTIES TO MEET AND CONFER**<br><br>Re: Dkt. No. 13 |

This case involves allegations that a hotel reservation website violates the Americans with Disabilities Act and Unruh Civil Rights Act for failure to include sufficient information regarding the accessibility of rooms for guests with disabilities. While this court is unaware of any binding precedent that addresses the standards for such claims, at least two cases that are currently pending before the Court of Appeals for the Ninth Circuit present what appear to be substantially the same issues involved in this case (one of which even involves the same Plaintiff who brought this action). *See, e.g.*, *Samuel Love v. Marriott Hotel Services, Inc.*, No. 21-15458 (9th Cir.) (Filed March 15, 2021); and, *Orlando Garcia v. Gateway Hotel L.P.*, No. 21-55227 (9th Cir.) (Filed March 10, 2021). In the interest of efficiency, the Parties are **ORDERED** to meet and confer to determine whether they can agree to a stipulated stay of the proceedings in this case pending the Ninth Circuit's consideration of this issue. To that end, the Parties shall file a joint statement expressing whether they are willing to so stipulate on or before Friday, August 13, 2021. If the parties are unable to agree in this regard, the Court will render a decision on the currently pending motion to dismiss (dkt. 13).

//

**IT IS SO ORDERED.**

Dated: August 6, 2021

ROBERT M. ILLMAN
United States Magistrate Judge