CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Prathima Price, Esq., SBN 321378
Naomi Butler, Esq., SBN 332664
100 Pine Street, Suite 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
naomib@potterhandy.com

Attorneys for Plaintiff

Philip H. Stillman
STILLMAN & ASSOCIATES
3015 North Bay Road | Suite B
Miami Beach, FL 33140 |
(888) 235- 4279 Fax: (888) 235-4279
pstillman@stillmanassociates.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, | Case:  1:21-cv-02656-RMI |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL** |
| **Carter Family Real Estate LLC**, a California Limited Liability Company; **Hotel Carter & Wine Cellar Inc.**, a California Corporation**;** | [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |
| Defendants. | |

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto this action may be dismissed, without prejudice; each party to bear his/her/its own attorneys' fees and costs.

Dated: December 14, 2022		CENTER FOR DISABILITY ACCESS

					By: /s/ Naomi Butler
					Naomi Butler, Esq.
					Attorney for Plaintiff

Dated: December 14, 2022		STILLMAN & ASSOCIATES

					By: /s/ *Philip H. Stillman*
					Philip H. Stillman, Esq.
					Attorney for Defendant